UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH RAY BALLARD,

Plaintiff,

v.

SANTA CLARA COUNTY SHERIFF DEPARTMENT, et al.,

Defendants.

Case No. 25-cv-09803-NW

**ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* (NON-CDCR CUSTODY)**

Re: ECF No. 2

Plaintiff Kenneth Ray Ballard, a state detainee, filed a pro se civil rights complaint and application to proceed *in forma pauperis* ("IFP"). ECF No. 2. Ballard's application for leave to proceed IFP is **GRANTED**. The total filing fee due is $350.00, and the initial partial filing fee now due is $0.00. *See* 28 U.S.C. § 1915(b)(1). A copy of this order and the attached instructions will be sent to Ballard, the correctional facility's trust account office, and the Court's financial office.

**IT IS SO ORDERED.**

Dated: March 2, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California