UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH RAY BALLARD,

Plaintiff,

v.

SANTA CLARA COUNTY SHERIFF DEPARTMENT, et al.,

Defendants.

Case No. 25-cv-09803-NW

**JUDGMENT**

Pursuant to the order filed earlier today, this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: May 20, 2026

Noël Wise
United States District Judge